**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRIENDS OF ANIMALS,<br>777 Post Road, Suite 205<br>Darien, CT 06820; and<br><br>WILDEARTH GUARDIANS,<br>2590 Walnut Street<br>Denver, CO 80205<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, in his official capacity as the Secretary of Commerce, U.S. Department of Commerce<br>1401 Constitution Ave., NW<br>Washington, D.C. 20230; and<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, an agency of the United States<br>1401 Constitution Avenue, NW<br>Washington, DC 20230<br><br>Defendants. | CASE NO. |

**COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF**

**INTRODUCTION**

1. Plaintiffs Friends of Animals and WildEarth Guardians bring this action to remedy violations of the Freedom of Information Act (FOIA), 5 U.S.C. § 552 *et. seq*. Specifically, Plaintiffs challenge the failure of Defendants, Wilbur Ross, in his official capacity as the Secretary of Commerce and the National Oceanic and Atmospheric Administration (NOAA) to provide responsive documents within the time required under

FOIA regarding Plaintiffs' November 21, 2014 request for information (hereinafter "Request").

2. Plaintiffs requested all records considered by NOAA in determining that the queen conch (*Strombus gigas*) does not warrant listing under the Endangered Species Act (ESA).

3. Federal Defendants released interim responses on February 25, 2015; June 5, 2015; July 8, 2015; September 14, 2015; June 1, 2016; January 26, 2017; February 24, 2017; March 14, 2017; and March 21, 2017.[1]

4. As of the date of this Complaint, Federal Defendants have not issued a final determination in response to Plaintiffs' Request.

5. Federal Defendants are unlawfully withholding public disclosure of information that Plaintiffs are entitled to receive under FOIA. Defendants failed to comply with the statutory mandates and deadlines imposed by FOIA by failing to provide a final determination resolving this Request within the time required by law. Accordingly, Plaintiffs seek declaratory relief establishing that Defendants have violated FOIA. Plaintiffs also seek injunctive relief directing Defendants to promptly provide the requested material free of cost.

**JURISDICTION AND VENUE**

6. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) (FOIA) and 28 U.S.C. § 1331 (federal question). This Court may grant the declaratory relief under 28 U.S.C. §§ 2201, *et seq.* (Declaratory Judgment Act) and injunctive relief under 5 U.S.C. § 552(a)(4)(B) (FOIA). An actual, justiciable controversy exists within the meaning of the Declaratory Judgment Act between Plaintiffs and Defendants. The Court has

[1] These reflect the dates that Plaintiffs first received responses via email. However, the June 1, 2016 release is dated May 11, 2016; the January 26, 2017 release is dated November 2, 2016; the February 24, 2017 release is dated February 1, 2017; the March 14, 2017 release is dated March 1, 2017; and the March 21, 2017 release is dated March 14, 2017.

jurisdiction, upon receipt of a complaint, "to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant." 5 U.S.C. § 552(a)(4)(B).

7. Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B), which provides venue for FOIA cases in this district.

**PARTIES**

8. Plaintiff, Friends of Animals, is a not-for-profit international advocacy organization with nearly 200,000 members, incorporated in the state of New York since 1957. Friends of Animals seeks to free animals from cruelty and exploitation around the world, and to promote a respectful view of non-human, free-living and domestic animals. Friends of Animals engages in a variety of advocacy programs in support of these goals. Friends of Animals informs its members about animal advocacy issues as well as the organization's progress in addressing these issues through its magazine called ActionLine, its website, and other reports. Friends of Animals has published articles and information advocating for the protection of wild species so that they can live unfettered in their natural habitats. Friends of Animals regularly submits request under FOIA to further its goals and mission.

9. Plaintiff, WildEarth Guardians ("Guardians"), is a not-for-profit conservation organization incorporated in the state of New Mexico since 1989, with offices in New Mexico, Arizona, Colorado, Montana, Oregon, California, and Wyoming. Guardians protects and restores the wildlife, wild places, wild rivers, and the health of the American West. Guardians advocates for imperiled species to receive the strong legal protections of the ESA. Through its "Wild Oceans" campaign, Guardians has launched an effort to list imperiled marine species under the ESA in order to stem the extinction crisis in the oceans brought on by human exploitation, habitat destruction, and climate change.

10. Defendant National Oceanic and Atmospheric Administration is an agency within the meaning of 5 U.S.C. § 552(f). NOAA is responsible for fulfilling Plaintiffs' Request and complying with all federal laws.

11. Defendant Ross Wilbur, in his official capacity as Secretary of Commerce, has ultimate responsibility for NOAA and ensuring the agency complies with federal law.

## LEGAL FRAMEWORK

### A. Freedom of Information Act.

12. Congress enacted FOIA to ensure public access to U.S. government records. FOIA carries a presumption of disclosure. The burden is on the government—not the public—to substantiate why information may not be released. Upon written request, agencies of the United States government are required to disclose their records, unless they can be lawfully withheld from disclosure under one of nine specific exemptions in FOIA.

13. FOIA requires agencies to "determine within 20 days . . . after the receipt of any such request whether to comply with such request and shall immediately notify the person making such request of such determination and the reasons therefore, and of the right of such person to appeal to the head of the agency any adverse determination." 5 U.S.C. § 552(a)(6)(A).

14. On determination by an agency to comply with the request, the records shall be made "promptly available." *Id.* at § 552(a)(6)(C).

15. In "unusual circumstances" an agency may extend the time limits for up to ten working days by providing written notice to the requester setting forth the unusual circumstance and the date on which the determination is expected to be dispatched. *Id.* at § 552(a)(6)(B). With respect to a request for which a written notice purports to apply the "unusual circumstances," the agency must: (1) notify the requester if the request cannot be processed within the time limit specified in that clause, and (2) provide the requester an opportunity to limit the scope of the request so that it may be processed within that time

limit or an opportunity to arrange with the agency an alternative time frame for processing the request or a modified request. *Id.*

16. If the agency fails to complete its response to a request within twenty workdays, the requester is deemed to have constructively exhausted administrative remedies and may seek judicial review. 5 U.S.C. § 552 (a)(6)(C)(i).

17. Additionally, if the agency fails to comply with the statutory time limit it cannot assess search fees. 5 U.S.C. § 552(a)(4)(A)(viii).

**FACTUAL BACKGROUND**

18. Plaintiffs submitted its Request under FOIA to NOAA on November 21, 2014.

19. Plaintiffs requested "all records in [the agency's] possession, whether received, created, and/or distributed by NMFS, that the agency considered in making the initial positive 90-day finding on the petition as well as the final not warranted 12-month finding with respect to the Queen conch."

20. Friends of Animals received acknowledgment from NOAA confirming that the agency received the Request on November 25, 2014.

21. FOIA's twenty-workday deadline for responding to Plaintiffs' Request passed on December 24, 2014.

22. NOAA did not respond by December 24, 2014.

23. NOAA provided interim responses on February 25, 2015; June 5, 2015; July 8, 2015; September 14, 2015; May 11, 2016; January 26, 2017; February 24, 2017; March 14, 2017; and March 21, 2017.[2]

24. As of the date of this Complaint, NOAA has still not made a final determination in response to Plaintiffs' FOIA Request.

---

[2] Some of the dates listed on the release did not match the date the agency sent the releases to Plaintiffs. *See supra* note 1.

25. NOAA has offered no reasonable explanation for its delay, and it has failed to provide a specific date for when it will finally be able to comply with its obligations under FOIA.

26. NOAA is unlawfully withholding public disclosure of information sought by Plaintiffs, information to which Plaintiffs are entitled to receive, and for which NOAA has not provided a valid disclosure exemption.

**CAUSE OF ACTION**
**(Violation of Freedom of Information Act)**

27. Plaintiffs herein incorporate all allegations contained in the proceeding paragraphs.

28. Plaintiffs properly requested records within the control of Defendants.

29. Defendants have failed to fully release the records Plaintiffs requested and failed to make any claims of statutory exemption regarding the requested records.

30. Accordingly, Plaintiffs are entitled to injunctive and declaratory relief with respect to the release and disclosure of the records requested.

**PRAYER FOR RELIEF**

Plaintiffs respectfully requests that the Court enter judgment providing the following relief:

1. Declare that Defendants violated the Freedom of Information Act by failing to lawfully satisfy, in full, Plaintiffs' Request under the Freedom of Information Act;

2. Order Defendants to process and release immediately all records responsive to Plaintiffs' Request at no cost to Plaintiffs;

3. Retain jurisdiction of this action to ensure the processing of Plaintiffs' Request, and to ensure that no agency records are wrongfully withheld;

4. Award Plaintiffs costs, including reasonable attorney fees and litigation costs in this action, pursuant to FOIA, 5 U.S.C. § 552(a)(4)(E); and

5. Grant Plaintiffs any other relief that the Court deems just and proper.

Dated: March 29, 2017 Respectfully Submitted,

/s/ Jennifer Best
Jennifer Best (DC Bar # CO0056)
Assistant Director, Wildlife Law Program
Friends of Animals
Western Region Office
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
720-949-7791
jennifer@friendsofanimals.org

/s/ Michael Harris
Michael Ray Harris (DC Bar # CO0049)
Director, Wildlife Law Program
Friends of Animals
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
720-949-7791
michaelharris@friendsofanimals.org